```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 05935
   CHARLES L CAMPBELL
   KIMBERLY M CAMPBELL                          CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-0275    SSN XXX-XX-3822

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/03/2007 and was confirmed 08/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  22.00%.

     The case was dismissed after confirmation 12/13/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED       NOT FILED           .00           .00
COLLECTION SYSTEMS INC     UNSECURED       NOT FILED           .00           .00
CRED PROTECTION ASSOCIAT   UNSECURED       NOT FILED           .00           .00
EMC MORTGAGE               CURRENT MORTG     2938.13           .00       2938.13
HARRIS                     UNSECURED       NOT FILED           .00           .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED           .00           .00
LARSON & ASSOCIATES PC     NOTICE ONLY     NOT FILED           .00           .00
LVNV FUNDING               UNSECURED       NOT FILED           .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED           .00           .00
MRSI                       UNSECURED       NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED           .00           .00
NCO MEDCLR                 UNSECURED       NOT FILED           .00           .00
NCO-MEDCLR                 UNSECURED       NOT FILED           .00           .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED           .00           .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED           .00           .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED           .00           .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED           .00           .00
REALTY CONSULTING SERVIC   UNSECURED       NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSECURED          501.14           .00           .00
SOUTHWEST RECOVERY         UNSECURED       NOT FILED           .00           .00
US DEPT OF EDUCATION       UNSECURED       NOT FILED           .00           .00
VANRU CREDIT               UNSECURED       NOT FILED           .00           .00
WEST ASSET MANAGEMENT      UNSECURED       NOT FILED           .00           .00
AT&T                       UNSECURED          217.24           .00           .00
EMC MORTGAGE               MORTGAGE ARRE   21576.84            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED           .00           .00
ADVOCATE HEALTH CTR        UNSECURED       NOT FILED           .00           .00
ADVOCATE HEALTH CTR        UNSECURED       NOT FILED           .00           .00
ADVOCATE HEALTH CTR        UNSECURED       NOT FILED           .00           .00
ADVOCATE HEALTH CTR        UNSECURED       NOT FILED           .00           .00
ADVOCATE SO SUBURBAN HOP   UNSECURED       NOT FILED           .00           .00
ADVOCATE SO SUBURBAN HOP   UNSECURED       NOT FILED           .00           .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 05935 CHARLES L CAMPBELL & KIMBERLY M CAMPBELL
```

```
ADVOCATE SO SUBURBAN HOP  UNSECURED      NOT FILED              .00           .00
ALLEN LEWIS & ASSOCIATES  UNSECURED      NOT FILED              .00           .00
ASSET ACCEPTANCE LLC      UNSECURED      NOT FILED              .00           .00
CERTEGY                   UNSECURED      NOT FILED              .00           .00
CHECK PLUS SYSTEMS LP     UNSECURED      NOT FILED              .00           .00
CHICAGO SUN TIMES         UNSECURED      NOT FILED              .00           .00
CREDIT MANAGEMENT SERVIC  UNSECURED      NOT FILED              .00           .00
CUSTOMER SERVICE CENTER   UNSECURED      NOT FILED              .00           .00
DAILY SOUTHTOWN           UNSECURED      NOT FILED              .00           .00
DIVERSIFIED CREDIT SERVI  UNSECURED      NOT FILED              .00           .00
FIFTH THIRD BANK          UNSECURED      NOT FILED              .00           .00
GUARANTY BANK             UNSECURED      NOT FILED              .00           .00
GUARANTY BANK             UNSECURED      NOT FILED              .00           .00
HIGHTLIGHTS               UNSECURED      NOT FILED              .00           .00
ST FRANCIS HOSPITAL       UNSECURED      NOT FILED              .00           .00
ST FRANCIS HOSPITAL       UNSECURED      NOT FILED              .00           .00
ILLINOIS COLLECTION SYST  UNSECURED      NOT FILED              .00           .00
ILLINOIS COLLECTION SYST  UNSECURED      NOT FILED              .00           .00
INGALLS MEMORIAL HOSPITA  UNSECURED      NOT FILED              .00           .00
INSURE ONE                UNSECURED      NOT FILED              .00           .00
INTERNAL REVENUE SERVICE  UNSECURED      NOT FILED              .00           .00
LEADING EDGE RECOVERY SO  UNSECURED      NOT FILED              .00           .00
MATHMANIA                 UNSECURED      NOT FILED              .00           .00
MEDICAL COLLECTION        UNSECURED      NOT FILED              .00           .00
RADIOLOGY IMAGING CONSUL  UNSECURED      NOT FILED              .00           .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED      NOT FILED              .00           .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED      NOT FILED              .00           .00
MUNICIPAL COLLECTION SER  UNSECURED      NOT FILED              .00           .00
NCO-MEDCLR                UNSECURED      NOT FILED              .00           .00
NCO-MEDCLR                UNSECURED      NOT FILED              .00           .00
NCO-MEDCLR                UNSECURED      NOT FILED              .00           .00
NICOR GAS                 UNSECURED      NOT FILED              .00           .00
NICOR GAS                 UNSECURED        1028.89              .00           .00
NICOR GAS                 UNSECURED      NOT FILED              .00           .00
OAKLAWN RADIOLOGY IMAGIN  UNSECURED      NOT FILED              .00           .00
AMERICASH LOANS LLC       FILED LATE           .00              .00           .00
ST FRANCIS HOSPITAL       UNSECURED      NOT FILED              .00           .00
ST FRANCIS HOSPITAL       UNSECURED      NOT FILED              .00           .00
PALMER REIFLER & ASSOCIA  UNSECURED      NOT FILED              .00           .00
PELLETTIERI & ASSOC       UNSECURED      NOT FILED              .00           .00
RPM INC                   UNSECURED      NOT FILED              .00           .00
SHAFFER & ASSOCIATES      UNSECURED          37.00              .00           .00
SOUTHWEST LABS PHYSICIAN  UNSECURED      NOT FILED              .00           .00
SUBURBAN EMERGENCY PHYSI  UNSECURED      NOT FILED              .00           .00
SUBURBAN EMERGENCY PHYSI  UNSECURED      NOT FILED              .00           .00
SUPERIOR AIR GROUND AMB   UNSECURED      NOT FILED              .00           .00
TRS SERVICES              UNSECURED      NOT FILED              .00           .00
TRS SERVICES              UNSECURED      NOT FILED              .00           .00
TRS SERVICES              UNSECURED      NOT FILED              .00           .00
```

```
TRS SERVICES              UNSECURED      NOT FILED         .00          .00
TRS SERVICES              UNSECURED      NOT FILED         .00          .00
TRS SERVICES              UNSECURED      NOT FILED         .00          .00
TRS SERVICES              UNSECURED      NOT FILED         .00          .00
TRS SERVICES              UNSECURED      NOT FILED         .00          .00
UNIVERSITY PATHOLOGISTS   UNSECURED      NOT FILED         .00          .00
VANRU CREDIT              UNSECURED      NOT FILED         .00          .00
RMI/MCSI                  UNSECURED         200.00         .00          .00
VILLAGE OF HAZEL CREST    UNSECURED      NOT FILED         .00          .00
WAL MART STORES INC       UNSECURED      NOT FILED         .00          .00
WAL MART STORES INC       UNSECURED      NOT FILED         .00          .00
WASTE MANAGEMENT          UNSECURED          62.88         .00          .00
AT & T                    UNSECURED      NOT FILED         .00          .00
COMMONWEALTH EDISON       UNSECURED         929.30         .00          .00
BUDGET CONSTRUCTION       SECURED          6000.00         .00       432.99
BUDGET CONSTRUCTION       UNSECURED      NOT FILED         .00          .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED         .00          .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED         .00          .00
EMC MORTGAGE CORP         NOTICE ONLY    NOT FILED         .00          .00
ROUNDUP FUNDING LLC       UNSECURED         570.04         .00          .00
AMERICASH LOANS           FILED LATE           .00         .00          .00
SECOND START              DEBTOR ATTY     2,760.00                   453.62
TOM VAUGHN                TRUSTEE                                    270.46
DEBTOR REFUND             REFUND                                   1,891.85

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 5,987.05

PRIORITY                                              .00
SECURED                                          3,371.12
UNSECURED                                             .00
ADMINISTRATIVE                                     453.62
TRUSTEE COMPENSATION                               270.46
DEBTOR REFUND                                    1,891.85
                       ---------------     ---------------
TOTALS                  5,987.05                5,987.05
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 04/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |